UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 03 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GREG GIBBONS,

        Plaintiff - Appellee,

 v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant - Appellant.

No. 19-15839

D.C. No. 2:15-cv-02231-GMN-CWH
U.S. District Court for Nevada, Las Vegas

**ORDER**

The opening brief submitted on August 30, 2019 and the excerpts of record submitted on August 30, 2019 by Union Pacific Railroad Company are filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7